**Oludare OGUNDE, Plaintiff–Appellant,**

v.

**James S. GILMORE, III, Governor; Mark L. Earley; Ronald J. Angelone; Gene M. Johnson; Daniel Braxton; Naseer Mobashar, Dr., Defendants–Appellees.**

No. 00–7558.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Oludare Ogunde, pro se. William W. Muse, Assistant Attorney General; Frank Fletcher Rennie, IV, Cowan & Owen, P.C., Richmond, VA, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Oludare Ogunde appeals the district court's order granting summary judgment in favor of the defendants on a number of claims but declining to dismiss a claim for deliberate indifference to a serious medical need, a claim of negligence, and a claim challenging prison regulations with respect to the number of stamps allowed on an envelope. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory

and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*